UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

UNITED STATES OF AMERICA,                :

                                                 :

                      Plaintiff,          :    **<u>JUDGMENT OF FORFEITURE</u>**

                                               :

                    -v.-                :    26 Civ. 2491 (JMF)

15.9969943 BITCOIN FORMERLY ON DEPOSIT IN  :
KRAKEN ACCOUNT NO. AA37 N84G HITH 762Y;  :
and                                          :

                                               :

15.99699038 BITCOIN CASH FORMERLY ON  :
DEPOSIT IN KRAKEN ACCOUNT NO. AA37 N84G  :
HITH 762Y;                                  :

                                             :

                  Defendants-*in-rem*.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 26, 2026, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by filing a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

      a.    15.9969943 Bitcoin formerly on deposit in Kraken Account No. AA37 N84G HITH 762Y; and

      b.    15.99699038 Bitcoin formerly on deposit in Kraken Account No. AA37 N84G HITH 762Y

(a. and b., together, the "Defendants-*in-rem*").

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture under (i) Title 18, United States Code, Section 981(a)(1)(A), because there is reason to believe that the Defendants-*in-rem*, constitute property involved in monetary laundering transactions that derive from specific unlawful activity, in violation of Title 18, United Sates Code, Section 1956; and (ii) Title 21, United State Code, Section 881(a)(6), because there is reason to believe that the Defendants-*in-rem* constitute moneys furnished or intended to be furnished by any

person in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 31, 2026, through April 29, 2026, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about March 30, 2026, the Government sent direct notice of the Verified Complaint by email to the following individual and email address:

Mark Mandel, Esq.
Falcon Rappaport & Berkman LLP
1185 Avenue of the Americas, Suite 1415
New York, NY 10036
Email: mmandel@frblaw.com
*(Counsel for Brett Troop)*

WHEREAS, on or about March 31, 2026, the Court entered a Stipulation and Order (the "Stipulation"), wherein the Government agreed to (i) return 50% of the Defendants-*in-rem*, specifically, 7.99849715 BTC and 7.99849519 BCH (the "Returned Share") to Brett Troop ("Troop") and Troop agreed withdraw any claim of interest in the remining 50% of the Defendants-*in-rem* (the "Forfeited Property") (D.E. 5); and

2

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Forfeited Property shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeitures shall dispose of the Forfeited Property, according to law.

Dated: New York, New York
             June 4        , 2026

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

It is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if any party believes there is a basis to do so.  All pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.